IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TERRY MCCLINE,** **PETITIONER**

**v.** **No. 4:05CV89-P-S**

**CHRISTOPHER EPPS, ET AL.** **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DENIED.** This case is **CLOSED.**

**SO ORDERED,** this the 30th day of September, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE