**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**TERRY MCCLINE,** PETITIONER

v. No. 4:05CV89-P-S

**CHRISTOPHER EPPS, ET AL.** RESPONDENTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the petitioner's claim that the evidence presented during his state criminal trial was insufficient to support his conviction for armed robbery is **DENIED**, as is the petitioner's closely related claim that his conviction for carjacking bars his conviction for armed robbery on double jeopardy grounds.

**SO ORDERED,** this the 14th day of January, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE